# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 8:19-cv-00631 |
| | ) | |
| TAMMY R. KURUTZ, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, United States of America, by and through undersigned counsel, brings this civil action to reduce to judgment the unpaid federal income tax liabilities owed by Defendant Tammy R. Kurutz for tax years 2005 through 2012. The United States alleges that:

1. Pursuant to 26 U.S.C. § 7401, the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of Treasury of the United States, authorized and requested this action. This action is brought at the direction of the United States Attorney General under the authority of 26 U.S.C. § 7401.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402.

3. Pursuant to 28 U.S.C. §§ 1391(b) and 1396, venue is proper in this Court because the federal tax liabilities at issue in this Complaint accrued in Manatee County.

## DEFENDANT

4. Defendant Tammy R. Kurutz resides in Manatee County, at 7008 40th Ct. E., Ellenton, Florida 34222.

## CLAIM TO REDUCE TAMMY R. KURUTZ'S OUTSTANDING FEDERAL INCOME TAX LIABILITIES TO JUDGMENT

5. On the dates and in the amounts set forth below, a delegate of the Secretary of Treasury made assessments against the Ms. Kurutz for federal income tax liabilities, penalties, and interest for tax years 2005-2012.

| Tax Year | Date Assessed | Tax Assessed | Penalties Assessed | Interest Assessed |
|---|---|---|---|---|
| 2005 | 3/30/2009 | $76,836.00 | $4.00*<br>$17,288.10**<br>$13,830.48*** | $20,859.09 |
| | 4/26/2010 | – | $5,378.52*** | – |
| | 12/26/2011 | -$68,282.00 | -$15,403.05**<br>-$17,114.50*** | -$17,063.51 |
| | 9/23/2013 | $61,491.00 | $15,416.75**<br>$12,333.40**** | – |
| | 4/21/2014 | – | $15,416.75*** | $40,998.49 |
| | 4/27/2015 | – | – | $4,928.47 |
| | 10/17/2016 | – | – | $8,289.15 |
| | 10/15/2018 | – | – | $14,713.41 |
| 2006 | 3/30/2009 | $68,325.00 | $158.00*<br>$15,373.13**<br>$8,199.00*** | $11,537.63 |
| | 4/26/2010 | – | $8,199.00*** | – |
| | 12/26/2011 | -$61,970.00 | -$14,631.76**<br>-$15,574.25*** | -$10,403.35 |
| | 9/23/2013 | $43,024.00 | $11,515.97**<br>$8,604.80**** | – |
| | 4/21/2014 | – | $10,756.00*** | $22,837.14 |
| | 4/27/2015 | – | – | $3,185.64 |
| | 10/17/2016 | – | – | $5,404.98 |
| | 10/15/2018 | – | – | $9,911.87 |
| 2007 | 9/23/2013 | $23,754.00 | $1,081.09*<br>$5,344.65**<br>$5,938.50*** | $6,600.97 |
| | 4/21/2014 | – | – | $743.72 |
| | 4/27/2015 | – | – | $1,345.67 |
| | 10/17/2016 | – | – | $2,283.18 |
| | 10/15/2018 | – | – | $3,774.26 |
| 2008 | 9/23/2013 | $37,697.00 | $1,211.45*<br>$8,481.83** | $7,565.08 |

|  |  |  | $9,424.25*** |  |
| --- | --- | --- | --- | --- |
|  | 4/21/2014 | – | – | $1,120.81 |
|  | 4/27/2015 | – | – | $2,027.99 |
|  | 10/17/2016 | – | – | $3,440.83 |
|  | 10/15/2018 | – | – | $6,309.93 |
| 2009 | 9/23/2013 | $11,771.00 | $272.28*<br>$2,558.48**<br>$2,387.91*** | $1,646.32 |
|  | 4/21/2014 | – | $454.84*** | $317.48 |
|  | 4/27/2015 | – | – | $588.53 |
|  | 10/17/2016 | – | – | $998.51 |
|  | 10/15/2018 | – | – | $1,831.15 |
| 2010 | 9/23/2013 | $42,204.00 | $905.10*<br>$9,495.90**<br>$6,330.60*** | $3,985.01 |
|  | 4/21/2014 | – | $2,532.24*** | $1,095.41 |
|  | 4/27/2015 | – | $1,688.16*** | $2,060.44 |
|  | 10/17/2016 | – | – | $3,581.89 |
|  | 10/15/2018 | – | – | $6,568.63 |
| 2011 | 5/7/2012 | $2,614.00 | – | – |
|  | 9/23/2013 | $8,110.00 | $78.48***<br>$2,710.60**** | $717.53 |
|  | 4/21/2014 | – | $813.17*** | $296.99 |
|  | 4/27/2015 | – | $1,616.55*** | $562.56 |
|  | 10/17/2016 | – | $880.05*** | $1,037.66 |
|  | 10/15/2018 | – | – | $1,981.52 |
| 2012 | 7/8/2013 | $6,885.00 | $52.00*<br>$99.72*** | $46.06 |
|  | 4/21/2014 | – | $565.08*** | $163.39 |
|  | 4/27/2015 | – | $797.76*** | $234.51 |
|  | 10/17/2016 | – | $199.44*** | $438.53 |
|  | 10/15/2018 | – | – | $821.92 |

*failure to pay estimated income tax – 26 U.S.C. § 6654
**failure to file penalty – 26 U.S.C. § 6651(a)(1)
***failure to pay penalty – 26 U.S.C. § 6651(a)(2)
****accuracy related penalty – 26 U.S.C. § 6662

6. Additionally, on various dates the IRS assessed collection fees against Ms. Kurutz.

7. For tax years 2005 and 2006, Ms. Kurutz late-filed her federal income tax returns and additional tax was assessed following an examination of those returns. For tax years 2007, 2008, 2009, and 2010, Ms. Kurutz was required to, but failed to, file federal income tax returns, and the IRS determined her liability. For tax years 2011 and 2012, Ms. Kurutz filed federal income tax returns showing tax due. For tax year 2011, additional tax was also assessed after examination.

8. A delegate of the Secretary of the Treasury properly gave Ms. Kurutz notice of the federal income tax liabilities described above and made demands for payment.

9. Despite notices and demands for payment, Ms. Kurutz failed to pay her federal income tax liabilities for tax years 2005 to 2012 in full.

10. As of March 1, 2019, Ms. Kurutz is indebted to the United States for federal income tax liabilities for tax years 2005 to 2012, in the amount of $570,255.38, plus interest and statutory additions until the date of payment.

**WHEREFORE**, the Plaintiff, United States of America, prays for the following relief:

A. That this Court enter judgment in favor of the United States, and against Tammy R. Kurutz, for her unpaid federal income tax liabilities, including interest and statutory additions for tax years 2005 to 2012, in the amount of $570,255.38, as of March 1, 2019, plus interest and statutory additions from March 1, 2019 as allowed by law.

B. That this Court grant such other and further relief as it deems just and proper.

Dated: March 14, 2019                    Respectfully submitted,

                                                    RICHARD E. ZUCKERMAN
                                                    Principal Deputy Assistant Attorney General

By:   /s/ Joanna L. Barry
        JOANNA L. BARRY
        Trial Attorney, Tax Division
        Department of Justice
        P.O. Box 14198
        Washington, DC 20044
        Telephone: (202) 353-7205
        Fax: (202) 514-9868
        joanna.l.barry@usdoj.gov

17370965.1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____      DOCKET NUMBER _____

DATE _____      SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: